[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 174.]

THE STATE EX REL. BOSEMAN, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Boseman v. Indus. Comm.*, 1998-Ohio-257.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 95-2182—Submitted May 12, 1998—Decided June 17, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD11-1680.

————————————

*Kondritzer, Gold, Frank & Crowley Co., L.P.A.*, and *Mark R. Naegel*, for appellee.

*Betty D. Montgomery*, Attorney General, and *William D. Haders*, Assistant Attorney General, for appellants.

————————————

{¶ 1} The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————